# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2023

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Department of Treasury, et al.
v. West Virginia, By and Through Patrick Morrisey, Attorney General of the State of West Virginia, et al.
Application No. 23A502
(Your No. 22-10168)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on December 4, 2023, extended the time to and including January 12, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303



OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120060

NEOPOST 12/04/2023
US POSTAGE $000.63

CLEARED SECURITY
DEC 08 2023

U.S. MARSHALS SERVICE
ATLANTA, GA