# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 28, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re:  Department of Treasury, et al.
v. West Virginia, By and Through Patrick Morrisey, Attorney
General of the State of West Virginia, et al.
Application No. 23A502
(Your No. 22-10168)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Thomas, who on December 28, 2023, extended the time to and including February 9, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

